(No. 6394—

PHILLIPS DECORATING SERVICE, Claimant, *vs.* STATE OF ILLINOIS, INDUSTRIAL COMMISSION, Respondent.

*Opinion filed February 17, 1972.*

PHILLIPS DECORATING SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6397—

MILLIPORE CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed February 17, 1972.*

MILLIPORE CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.